**B1 (Official Form 1)(04/13)**

| United States Bankruptcy Court<br>**Northern District of Georgia** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Ro, Peter Taeryup** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-9050** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2650  Cascade Creek**<br>**Buford, GA**<br>ZIP Code **30519** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Gwinnett** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization) (Check one box)<br>■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | **Nature of Business**<br>(Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box)<br>■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition<br>     of a Foreign Main Proceeding<br>     ☐ Chapter 15 Petition for Recognition<br>     of a Foreign Nonmain Proceeding |
|---|---|---|
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."    ■ Debts are primarily<br>   business debts. |

| **Filing Fee** (Check one box)<br>■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13)

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Ro, Peter Taeryup** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr><td colspan="1" align="center"><strong>Exhibit A</strong><br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td><td align="center"><strong>Exhibit B</strong><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)      (Date)</td></tr>
</table>

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? |
| ☐ Yes, and Exhibit C is attached and made a part of this petition. |
| ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
| ■ Exhibit D completed and signed by the debtor is attached and made a part of this petition. |
| If this is a joint petition: |
| ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** |
|---|
| (Check any applicable box) |
| ■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** |
|---|
| (Check all applicable boxes) |
| ☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) |
|     _____<br>    (Name of landlord that obtained judgment) |
|     _____<br>    (Address of landlord) |
| ☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(04/13)

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Ro, Peter Taeryup** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Peter Taeryup Ro**

Signature of Debtor  **Peter Taeryup Ro**

X _____

Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**September 23, 2014**

Date

### Signature of Attorney*

X **/s/ Danny Coleman, MBA, Attorney**

Signature of Attorney for Debtor(s)

**Danny Coleman, MBA, Attorney 177427**

Printed Name of Attorney for Debtor(s)

**Coleman Legal Group, LLC**

Firm Name

**5755 North Point Parkway
Suite 52
Alpharetta, GA 30022**

Address

**Email: attorney@dcolemanlaw.com
770-408-0474  Fax: 770-609-7020**

Telephone Number

**September 23, 2014**

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____

Signature of Authorized Individual

_____

Printed Name of Authorized Individual

_____

Title of Authorized Individual

_____

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

Signature of Foreign Representative

_____

Printed Name of Foreign Representative

_____

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____

Printed Name and title, if any, of Bankruptcy Petition Preparer

_____

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

Address

X _____

_____

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Georgia

In re   **Peter Taeryup Ro**             Case No. _____

Debtor(s)       Chapter   **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☐ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

■ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ Peter Taeryup Ro**
                      **Peter Taeryup Ro**

Date:  **September 23, 2014**

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Northern District of Georgia

In re    **Peter Taeryup Ro**

Debtor(s)

Case No.
Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$27,558.00** | **2012 Total Income** |
| **$76,000.00** | **2013 Total Income** |
| **$0.00** | **2014 YTD Income** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

B7 (Official Form 7) (04/13)
2

### 3. Payments to creditors

**None**
■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**None**
☐

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **City Ntl Bk/Ocwen Loan Service Attn: Bankruptcy P.O. Box 24738 West Palm Beach, FL 33416** | **Previous 3 Months** | **$1,860.00** | **$181,909.00** |

**None**
■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

**None**
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **BJS Plaza Fiesta, LLC v. Fiesta Farmers Market, Inc., and Peter Ro Civil Action File No. 13EV018670E** | **Civil** | **State Court of Fulton County Georgia** | **Judgment** |
| **American Express Centurion Bank v. Peter Ro Aka Peter T. Ro Civil Action File No. 14C009383** | **Civil** | **State Court of Gwinnett County Georgia** | **Judgment** |
| **American Express Bank, FSB v. Peter Ro and Fiesta Farmers Market, Inc. Civil Action File No. 14C00546S4** | **Civil** | **State Court of Gwinnett County Georgia** | **Judgment** |
| **American Express Bank, FSB v. Peter Ro Aka Peter T. Ro Civil Action File No. 14C009405** | **Civil** | **State Court of Gwinnett County Georgia** | **Judgment** |

---

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **BJS Plaza Fiesta, LLC v. Peter Ro** | **Garnishment** | **State Court of Cobb County Georgia** | **Judgment** |
| **Chau Nguyen and Hong Kong Market, Inc. v. Peter Ro and Fiesta Farmers Market, Inc. Civil Action File No. 13CV12848-S** | **Civil** | **Superior Court of DeKalb County Georgia** | **Judgment** |

None ☐    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Chau Nguyen & Hong Kong Market c/o Nguyen Tran Law Firm, LLC 3100 Five Forks Trickum Rd 301 Lilburn, GA 30047** | **2/3/2014** | **GA UCC Lien Filing** |
| **BJS Plaza Fiesta, LLC c/o Pursley Friese Torgrimson 1230 Peachtree St., NE #1200 Atlanta, GA 30309** | **8/5/14** | **Garnishment of Debtor's Bank Account** |

---

**5. Repossessions, foreclosures and returns**

None ■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**6. Assignments and receiverships**

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

B7 (Official Form 7) (04/13)
4

### 7. Gifts

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Coleman Legal Group, LLC 5755 North Point Parkway Suite 52 Alpharetta, GA 30022** | **3/25/2014 9/15/14** | **Attorney's Fees: $1,750 Filing Fee: $335 Credit Report and Public Records Report: $150** |
| **Access Counseling, Inc. 633 W. 5th Street Suite 26001 Los Angeles, CA 90071** | **9/4/14** | **$50** |

### 10. Other transfers

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)
5

### 11. Closed financial accounts

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Metro City Bank**<br>**5441 Buford Hwy NE #109**<br>**Atlanta, GA 30340** | **Business Operating Account for Debtor's**<br>**Closed Business**<br>**Account No.: 2110** | **2/3/2014** |
| **Metro City Bank**<br>**5441 Buford Hwy NE #109**<br>**Atlanta, GA 30340** | **Business Payroll Account for Debtor's**<br>**Closed Business**<br>**Account No.: 6541** | **2/3/2014** |
| **Metro City Bank**<br>**5441 Buford Hwy NE #109**<br>**Atlanta, GA 30340** | **Business Account for Debtor's Closed**<br>**Business**<br>**Account No.: 6541** | **4/15/14** |
| **Metro City Bank**<br>**5441 Buford Hwy NE #109**<br>**Atlanta, GA 30340** | **Business Account for Debtor's Closed**<br>**Business**<br>**Account No.: 1633** | **4/15/2014** |

### 12. Safe deposit boxes

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

B7 (Official Form 7) (04/13)
6

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

### 18 . Nature, location and name of business

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

B7 (Official Form 7) (04/13)
7

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
■  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
■  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------------------|-------------------------|

None
■  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|

None
■  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|

None
■  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|

---

**20. Inventories**

None
■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|-------------------|----------------------|------------------------------------------------------------------|

None
■  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|------------------------------------------------------|

B7 (Official Form 7) (04/13)
8

### 21 . Current Partners, Officers, Directors and Shareholders

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                          NATURE OF INTEREST                          PERCENTAGE OF INTEREST

None
■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                          TITLE                          NATURE AND PERCENTAGE
                                                                         OF STOCK OWNERSHIP

### 22 . Former partners, officers, directors and shareholders

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                          ADDRESS                          DATE OF WITHDRAWAL

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                          TITLE                          DATE OF TERMINATION

### 23 . Withdrawals from a partnership or distributions by a corporation

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS                                                           AMOUNT OF MONEY
OF RECIPIENT,                          DATE AND PURPOSE                   OR DESCRIPTION AND
RELATIONSHIP TO DEBTOR                 OF WITHDRAWAL                      VALUE OF PROPERTY

### 24. Tax Consolidation Group.

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                          TAXPAYER IDENTIFICATION NUMBER (EIN)

### 25. Pension Funds.

None
■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                          TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

B7 (Official Form 7) (04/13)
9

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto
and that they are true and correct.

Date  **September 23, 2014**                              Signature    **/s/ Peter Taeryup Ro**
                                                                                   **Peter Taeryup Ro**
                                                                                   Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B6A (Official Form 6A) (12/07)

.

In re    **Peter Taeryup Ro** _____ ,    Case No. _____
                                                     Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Residence: 2650  Cascade Creek, Buford GA 30519 | Fee simple | - | 165,064.00 | 1,791,555.33 |

| | | | | |
|---|---|---|---|---|
| | | Sub-Total > | 165,064.00 | (Total of this page) |
| | | Total > | 165,064.00 | |

  **0**   continuation sheets attached to the Schedule of Real Property                                (Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re    **Peter Taeryup Ro**                                                                    ,          Case No. _____
                                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash** | - | **225.00** |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **SunTrust Checking**<br><br>**Metro City Bank** | -<br><br>- | **0.00**<br><br>**70.00** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Household Furniture, Appliances, Electronics**<br>**Location: 2650  Cascade Creek, Buford GA 30519** | - | **2,000.00** |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Clothing, Shoes, Accessories**<br>**Location: 2650  Cascade Creek, Buford GA 30519** | - | **200.00** |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total >  | **2,495.00** |
|---|---|---|
|  | (Total of this page) | |

__2__    continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Peter Taeryup Ro**                                                    ,    Case No. _____
                                           Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >              **0.00**
(Total of this page)

Sheet  __1__  of  __2__  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Peter Taeryup Ro**                                              ,    Case No. _____
                                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2008 BMW 750, 115,000 Miles Location: 2650  Cascade Creek, Buford GA 30519** | - | 10,225.00 |
| | | **2013 Camry LE, 25,000 Miles; Debtor's girlfriend's son drives and pays the monthly finance payment for this vehicle. Location: 4370 Satellite Blvd., #521, Duluth, GA 30096** | - | 15,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 25,725.00 |
| (Total of this page) | |
| Total > | 28,220.00 |

Sheet  __2__  of  __2__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

In re  **Peter Taeryup Ro**                                                ,        Case No. _____
                                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:            ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                       *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Residence: 2650  Cascade Creek, Buford GA 30519** | **O.C.G.A. § 44-13-100(a)(1)** | **0.00** | **165,064.00** |

|  |  | Total: | 0.00 | 165,064.00 |
|---|---|---|---|---|

___0___   continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **Peter Taeryup Ro**                                                                          Case No. _____
                                                    ,
                          **Debtor**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. **xxxxxx46S4** | | | | | Judgment Lien | | | | | |
| **American Express Bank, FSB** c/o Zwicker Firm 2470 Satellite Blvd, Ste 120 Duluth, GA 30096 | | - | | | Residence: 2650  Cascade Creek, Buford GA 30519 | | | | | |
| | | | | | Value $          165,064.00 | | | | 20,998.13 | 20,998.13 |
| Account No. **xxxxx9405** | | | | | Judgment Lien | | | | | |
| **American Express Bank, FSB** c/o Zwicker & Associates, P.C. 2470 Satellite Blvd, Ste 120 Duluth, GA 30096 | | - | | | Residence: 2650  Cascade Creek, Buford GA 30519 | | | | | |
| | | | | | Value $          165,064.00 | | | | 10,186.00 | 10,186.00 |
| Account No. **xxxxx9383** | | | | | Judgment Lien | | | | | |
| **American Express Centurion Bnk** c/o Zwicker & Associates, P.C. 2470 Satellite Blvd., Ste. 120 Duluth, GA 30096 | | - | | | Residence: 2650  Cascade Creek, Buford GA 30519 | | | | | |
| | | | | | Value $          165,064.00 | | | | 6,181.24 | 6,181.24 |
| Account No. **xx-x-2659** | | | | | Judgment Lien | | | | | |
| **BJS Plaza Fiesta, LLC** c/o Pursley Friese Torgrimson 1230 Peachtree St., NE #1200 Atlanta, GA 30309 | | - | | | Residence: 2650  Cascade Creek, Buford GA 30519 | | | | | |
| | | | | | Value $          165,064.00 | | | | 1,089,358.46 | 1,089,358.46 |

| | | |
|---|---|---|
| __1__ continuation sheets attached | Subtotal (Total of this page) | 1,126,723.83 | 1,126,723.83 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    **Peter Taeryup Ro**                                                    Case No. _____
                                                                    ,
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx1318** | | | Opened  7/18/11  Last Active  6/05/14 | | | | | |
| **Bmw Financial Services** **Attn: Bankruptcy Department** **Po Box 3608** **Dublin, OH 43016** | | - | **2008 BMW 750, 115,000 Miles** **Location: 2650  Cascade Creek, Buford** **GA 30519** | | | | | |
| | | | Value $              10,225.00 | | | | 20,341.00 | 10,116.00 |
| Account No. | | | Home Owners Association | | | | | |
| **Cascade Falls HOA** **Community Mgnt Assoc.** **1645 North Side Dr., NW #128** **Atlanta, GA 30318-4220** | | - | **Residence: 2650  Cascade Creek, Buford** **GA 30519** | | | | | |
| | | | Value $              165,064.00 | | | | 0.00 | 0.00 |
| Account No. **xxxxx2848** | | | Judgment Lien | | | | | |
| **Chau Nguyen & Hong Kong Market** **c/o Nguyen Tran Law Firm, LLC** **3100 Five Forks Trickum Rd 301** **Lilburn, GA 30047** | | - | **Residence: 2650  Cascade Creek, Buford** **GA 30519** | | | | | |
| | | | Value $              165,064.00 | | | | 482,922.50 | 482,922.50 |
| Account No. **xxxx3503** | | | Opened  9/01/06  Last Active  7/11/14 | | | | | |
| **City Ntl Bk/Ocwen Loan Service** **Attn: Bankruptcy** **P.O. Box 24738** **West Palm Beach, FL 33416** | | - | Mortgage **Residence: 2650  Cascade Creek, Buford** **GA 30519** | | | | | |
| | | | Value $              165,064.00 | | | | 181,909.00 | 16,845.00 |
| Account No. **xxxxxxxxxxx8204** | | | Opened  8/01/13  Last Active  8/04/14 Automobile | | | | | |
| **Suntrust Bank Atlanta** **Attn Bankruptcy Dept** **Po Box 85092  Mc Va-Wmrk-7952** **Richmond, VA 23286** | | - | **2013 Camry LE, 25,000 Miles;** **Debtor's girlfriend's son drives and pays the monthly finance payment for this vehicle.** **Location: 4370 Satellite Blvd., #521, Duluth, GA 30096** | | | | | |
| | | | Value $              15,500.00 | | | | 17,832.00 | 2,332.00 |

Sheet  1  of  1  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 703,004.50 | 512,215.50 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 1,829,728.33 | 1,638,939.33 |

B6E (Official Form 6E) (4/13)

.

In re    **Peter Taeryup Ro**                                                    Case No. _____

,

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

■ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                           Best Case Bankruptcy

B6E (Official Form 6E) (4/13) - Cont.

In re    **Peter Taeryup Ro** _____ ,    Case No. _____

Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Domestic Support Obligations**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **Child Support of $1,000/Month** | | | | | |
| **Nicole Ro** **3751 Satellite Blvd** **Duluth, GA 30096** | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet __1__ of __2__ continuation sheets attached to                                    Subtotal                   0.00
Schedule of Creditors Holding Unsecured Priority Claims            (Total of this page)      0.00            0.00

9/23/14  4:33PM

B6E (Official Form 6E) (4/13) - Cont.

In re  **Peter Taeryup Ro**                                                                    ,    Case No. _____
                                        Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **Business Debt** | | | | | |
| **Dekalb County Tax Commissioner** **PO Box 100004** **Decatur, GA 30031** | - | | | | | | | 0.00 |
| | | | | | | | 14,248.72 | 14,248.72 |
| Account No. **9050** | | | **2012** | | | | | |
| **GA Department of Revenue** **Processing Center** **P.O. Box 740319** **Atlanta, GA 30374-0319** | - | | **Sales & Use Tax** | | | | | 0.00 |
| | | | | | | | 9,498.19 | 9,498.19 |
| Account No. **xxx-xx4552** | | | **2013** | | | | | |
| **Georgia Dept. of Revenue** **Compliance Division** **P.O. Box 105499** **Atlanta, GA 30348-5499** | - | | **Sales & Use Tax** | | | | | 0.00 |
| | | | | | | | 439,452.93 | 439,452.93 |
| Account No. | | | **2010** | | | | | |
| **IRS** **Internal Revenue Service** **Department of the Treasury** **Atlanta, GA 39901** | - | | **1040** | | | | | 0.00 |
| | | | | | | | 16,659.97 | 16,659.97 |
| Account No. | | | | | | | | |

Sheet **2** of **2** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | |
| | 479,859.81 | 479,859.81 |
| Total (Report on Summary of Schedules) | 0.00 | |
| | 479,859.81 | 479,859.81 |

B6F (Official Form 6F) (12/07)

In re   **Peter Taeryup Ro**                                              ,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
| Account No. | | | | | Business Debt | | | | |
| 2 Amigos Distribution, LLC 715 Ambur Cove Way Lawrenceville, GA 30043 | | - | | | | | | | 806.84 |
| Account No. | | | | | Notice Only | | | | |
| A&D Foods 65 Crestridge Drive Suwanee, GA 30024 | | - | | | | | | | 0.00 |
| Account No. | | | | | Business Debt | | | | |
| A. Rico Adobos & Seasonings P.O. Box 2354 Cumming, GA 30028 | | - | | | | | | | 210.00 |
| Account No. | | | | | Business Debt | | | | |
| Able Co. 124 Forest Pkwy Suite A Forest Park, GA 30297 | | - | | | | | | | 7,827.24 |
| _37_ continuation sheets attached | | | | | Subtotal (Total of this page) | | | | 8,844.08 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                      S/N:34080-140702   Best Case Bankruptcy

9/23/14 4:33PM

B6F (Official Form 6F) (12/07) - Cont.

In re **Peter Taeryup Ro** _____ ,          Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Business Debt | | | | |
| Ace Produce, LLC P.O. Box 2333 Forest Park, GA 30298 | | | | | | | | 10,818.00 |
| Account No. | | - | | Business Debt | | | | |
| Advance Trace Inc. 3166 Oakcliff Industrial St. Atlanta, GA 30340 | | | | | | | | 835.38 |
| Account No. | | - | | Business Debt | | | | |
| Agustina Huerta 2925 Sumac Drive Atlanta, GA 30360 | | | | | | | | 225.00 |
| Account No. | | - | | Business Debt | | | | |
| Airgas 2015 Vaughn Road, Suite 400 Kennesaw, GA 30144-7802 | | | | | | | | 691.92 |
| Account No. | | - | | Business Debt | | | | |
| Aladdin Farms Inc. P.O. Box 142 Howey in the Hills, FL 34737 | | | | | | | | 18,462.50 |
| Sheet no. __1__ of __37__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | Subtotal (Total of this page) | | | | 31,032.80 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Peter Taeryup Ro** _____ ,   Case No. _____

_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | - | **Business Debt** | | | | |
| **Aleva Trucking & Produce, LLC**<br>**16 Forest Pkwy**<br>**Shell 22 Stall Unit 29 Box 2**<br>**Forest Park, GA 30297** | | | | | | | **5,739.00** |
| Account No. **xxxxxxxxxxxx5983** | | - | **Opened 12/01/01  Last Active 11/17/13**<br>**Notice Only** | | | | |
| **American Express**<br>**Po Box 3001**<br>**16 General Warren Blvd**<br>**Malvern, PA 19355** | | | | | | | **0.00** |
| Account No. **xxxxxxxxxxxx7863** | | - | **Opened  1/01/01  Last Active 10/30/13**<br>**Notice Only** | | | | |
| **American Express**<br>**Po Box 3001**<br>**16 General Warren Blvd**<br>**Malvern, PA 19355** | | | | | | | **0.00** |
| Account No. **xxxxxxxxxxxx1753** | | - | **Opened  7/01/01  Last Active 10/30/13**<br>**Notice Only** | | | | |
| **American Express**<br>**Po Box 3001**<br>**16 General Warren Blvd**<br>**Malvern, PA 19355** | | | | | | | **0.00** |
| Account No. **xxxxxxxxxxxx7213** | | - | **Opened  1/01/01  Last Active  9/01/10**<br>**Credit Card** | | | | |
| **American Express**<br>**Po Box 3001**<br>**16 General Warren Blvd**<br>**Malvern, PA 19355** | | | | | | | **0.00** |

Sheet no. __2__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **5,739.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Peter Taeryup Ro**                                              ,        Case No. _____
                                      **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Business Debt | | | | |
| Amtrust North America, Inc. P.O. Box 318004 Independence, OH 44131-9973 | - | | | | | | | 2,309.00 |
| Account No. | | | | Business Debt | | | | |
| Atlanta Nut Company, Inc. 2999 Amwiler Rd. Atlanta, GA 30360 | - | | | | | | | 706.57 |
| Account No. | | | | Notice Only | | | | |
| Atlanta Seafood Company PO Box 460 Hampstead, NC 28443 | - | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| Atlanta Tomato, LLC 16 Forest Pkwy., C-5 Forest Park, GA 30297 | - | | | | | | | 0.00 |
| Account No. | | | | Business Debt | | | | |
| Azteca Milling, LP PO Box 843769 Dallas, TX 75284-3769 | - | | | | | | | 3,448.17 |

Sheet no. __3__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  |  |
|---|---|
| Subtotal (Total of this page) | 6,463.74 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Peter Taeryup Ro**                                                    ,       Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0326**  <br><br>**Bank of America**<br>**PO  Box 982236**<br>**El Paso, TX 79998-2236** | - | | Notice Only | | | | **0.00** |
| Account No. **0326**  <br><br>**Bank of America**<br>**P.O. Box 15019**<br>**Wilmington, DE 19850-5019** | - | | Notice Only | | | | **0.00** |
| Account No. **xxxxxxxxx6862**  <br><br>**Bank Of America**<br>**P.O. Box 982236**<br>**El Paso, TX 79998** | - | | Opened  8/01/10 Last Active  6/16/14<br>Notice Only | | | | **0.00** |
| Account No.  <br><br>**Bar-S Food**<br>**1265 Oakbrook Dr.**<br>**Norcross, GA 30093** | - | | Business Debt | | | | **3,533.22** |
| Account No.  <br><br>**Barrientos International Foods**<br>**2612 Pierce Brennen Ct.**<br>**Lawrenceville, GA 30043** | - | | Notice Only | | | | **0.00** |

Sheet no. __**4**___ of __**37**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **3,533.22**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Peter Taeryup Ro**                                              ,    Case No. _____
                                                    **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Bimbo Foods, Inc.** <br> **255 Business Center** <br> **Horsham, PA 19044** | - | | **Business Debt** | | | | **2,066.04** |
| Account No. <br><br> **BJS Plaza Fiesta, LLC** <br> **c/o Kennedy Wilson Properties** <br> **PO Box 2098** <br> **Yucca Valley, CA 92286-2098** | - | | **Notice Only** | | | | **0.00** |
| Account No. xxxxxxxxxx5384 <br><br> **Bk Of Amer** <br> **Po Box 982235** <br> **El Paso, TX 79998** | - | | **Opened 4/01/11 Last Active 4/10/14** <br> **Credit Card** | | | | **12,767.00** |
| Account No. <br><br> **Blue Ridge Beef Plant, Inc.** <br> **PO Box 397** <br> **Belton, SC 29627** | - | | **Business Debt** | | | | **15,278.02** |
| Account No. **3245** <br><br> **Capital One Mastercard** <br> **c/o FNCB, Inc.** <br> **P.O. Box 51660** <br> **Sparks, NV 89435** | - | | **Notice Only** | | | | **0.00** |

Sheet no. __5__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **30,111.06**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Peter Taeryup Ro**                                                        , Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Chammill Food, Inc.** <br> **5178 Brooks** <br> **Unit B** <br> **Montclair, CA 91763** | - | | **Business Debt** | | | | 216.00 |
| Account No. <br><br> **Chang-Tuh Co.** <br> **148 N. Ridgewood Pl.** <br> **Los Angeles, CA 90004** | - | | **Business Debt** | | | | 7,725.00 |
| Account No. xxxxxxxxxxx3434 <br><br> **Chase** <br> **Po Box 15298** <br> **Wilmington, DE 19850** | - | | **Opened  8/01/09 Last Active  2/14/14** <br> **Credit Card** | | | | 13,105.00 |
| Account No. xxxxxxxxxxx0645 <br><br> **Chase** <br> **Po Box 15298** <br> **Wilmington, DE 19850** | - | | **Opened 12/01/12 Last Active  2/14/14** <br> **Credit Card** | | | | 7,362.00 |
| Account No. xxxxxxxxxxx3156 <br><br> **Chase** <br> **Po Box 15298** <br> **Wilmington, DE 19850** | - | | **Opened  1/01/08 Last Active  3/05/10** <br> **Credit Card** | | | | 0.00 |

Sheet no. __6__ of __37__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                28,408.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

9/23/14  4:33PM

B6F (Official Form 6F) (12/07) - Cont.

In re    **Peter Taeryup Ro**                                         ,                Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Business Debt | | | | |
| **Chef Merito** **7915 Sepulveda Blvd** **Van Nuys, CA 91405** | - | | | | | | | 1,169.98 |
| Account No. | | | | Notice Only | | | | |
| **Chen Sheng Jian** **1117 E. Montgomery Cross Rd.** **Savannah, GA 31406** | - | | | | | | | 0.00 |
| Account No. | | | | Business Debt | | | | |
| **Chi Du Mex Wholesales LLC** **4666-E Lake Mirror Place** **Forest Park, GA 30297** | - | | | | | | | 2,191.40 |
| Account No. | | | | Notice Only | | | | |
| **Chicago Farms LLC** **1354 AL Hwy. 125** **Brundidge, AL 36010** | - | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| **Coca-Cola Refreshments** **PO Box 403390** **Atlanta, GA 30384** | - | | | | | | | 0.00 |

Sheet no. __7__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,361.38

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Peter Taeryup Ro**                                                    ,    Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Only | | | | |
| **Collins Brothers Produce** **PO Box 1025** **Forest Park, GA 30297** | | - | | | | | 0.00 |
| Account No. | | | Business Debt | | | | |
| **Coosemans Atlanta, Inc.** **16 Forest Pkwy** **Bldg E 1** **Forest Park, GA 30297** | | - | | | | | 333.25 |
| Account No. | | | Business Debt | | | | |
| **Crown Credit Company, Inc.** **PO Box 640352** **Cincinnati, OH 45264-0352** | | - | | | | | 1,971.50 |
| Account No. | | | Business Debt | | | | |
| **Dade Paper** **600 Hartman Industrial Ct., SW** **#200** **Austell, GA 30168** | | - | | | | | 296.80 |
| Account No. | | | Notice Only | | | | |
| **Daves Creek Meat Market, Inc.** **1845 Edgemont Ct.** **Cumming, GA 30041** | | - | | | | | 0.00 |

Sheet no. __8__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    2,601.55

B6F (Official Form 6F) (12/07) - Cont.

In re    **Peter Taeryup Ro**                                                                   ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.** | | | **Business Debt** | | | | |
| **DC's Fish Market** **PO Box 251** **Charleston, TN 37310** | - | | | | | | **357.00** |
| **Account No.** | | | **Notice Only** | | | | |
| **Diaz** **5501 Fulton Industrial Blvd.** **Atlanta, GA 30336** | - | | | | | | **0.00** |
| **Account No. xxxxxxxxxxxx4459** | | | **Opened 8/01/11 Last Active 1/31/14** **Credit Card** | | | | |
| **Discover Fin Svcs Llc** **Po Box 15316** **Wilmington, DE 19850** | - | | | | | | **7,138.00** |
| **Account No.** | | | **Notice Only** | | | | |
| **Distribuidora Limena, Inc.** **712-A Winter Industrial Way** **Lawrenceville, GA 30046** | - | | | | | | **0.00** |
| **Account No. xxxxx2848** | | | **Notice Only (Attorneys for Chau Nguyen and Hong Kong Market, Inc.)** | | | | |
| **Douglas D. Nguyen** **Nguyen Tran Law Firm, LLC** **3100Five Fork Trickum Rd #301** **Lilburn, GA 30047** | - | | | | | | **0.00** |

Sheet no. __9__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **7,495.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

9/23/14  4:33PM

B6F (Official Form 6F) (12/07) - Cont.

In re __Peter Taeryup Ro_____ ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Business Debt | | | | |
| E&A Management Inc. 2915 Centerville Hwy Snellville, GA 30078 | | - | | | | | | 225.00 |
| Account No. | | | | Notice Only | | | | |
| Eagle Rock Distributing Co. 1375 Beverage Dr. Stone Mountain, GA 30083 | | - | | | | | | 0.00 |
| Account No. | | | | Business Debt | | | | |
| Earthgrains Baking Co's Inc. 3310 Panthersville Rd. Decatur, GA 30034 | | - | | | | | | 71.98 |
| Account No. | | | | Business Debt | | | | |
| Egis Exportation Inc. 5150 Buford Hwy C-280 Atlanta, GA 30340 | | - | | | | | | 714.00 |
| Account No. | | | | Notice Only | | | | |
| El Jarocho Inc. 1625 Oakbrook Dr. Norcross, GA 30092 | | - | | | | | | 0.00 |

Sheet no. __10__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,010.98

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Peter Taeryup Ro**                                      ,    Case No. _____
                                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**El Milagro** <br>**2674 Weaver Way** <br>**Atlanta, GA 30340** | - | | **Business Debt** | | | | **2,924.58** |
| Account No. **xxxxxxxxxxx8368** <br><br>**Elan Financial Service** <br>**Po Box 790084** <br>**Saint Louis, MO 63179** | - | | **Opened 3/01/11 Last Active 8/30/13** <br>**Charge Account** | | | | **14,476.00** |
| Account No. **xxxxxxxxxxx2512** <br><br>**Elan Financial Service** <br>**777 E Wisconsin Ave** <br>**Milwaukee, WI 53202** | - | | **Opened 6/01/12 Last Active 9/26/12** <br>**Credit Card** | | | | **0.00** |
| Account No. **xx8368** <br><br>**Elan Financial Services** <br>**c/o Professional Recovery Svs.** <br>**P.O. Box 1880** <br>**Voorhees, NJ 08043** | - | | **Notice Only** | | | | **0.00** |
| Account No. <br><br>**ETR Merchadise Co** <br>**734 S. Alameda Street** <br>**Bldg. A** <br>**Los Angeles, CA 90021-1616** | - | | **Business Debt** | | | | **220,503.51** |

Sheet no. __11__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**237,904.09**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Peter Taeryup Ro**                                                    ,    Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5384** <br><br> **FIA Card Services, N.A.** <br> **c/o Sunrise Credit Svs., Inc.** <br> **PO Box 9100** <br> **Farmingdale, NY 11735-9100** | - | | | **Notice Only** | | | | **0.00** |
| Account No. <br><br> **Fidelity Fruit & Produce Co.** <br> **16 Forest Pkwy** <br> **Forest Park, GA 30297** | - | | | **Business Debt** | | | | **6,370.00** |
| Account No. <br><br> **First Choice Foods** <br> **1440 Ventura Drive** <br> **Cumming, GA 30040** | - | | | **Business Debt** | | | | **3,243.85** |
| Account No. **xxxx3260** <br><br> **First Natl Collection Bureau** <br> **610 Waltham Way** <br> **Sparks, NV 89434** | - | | | **Collectiosn for Pinnacle Credit Services, LLC** | | | | **3,088.13** |
| Account No. <br><br> **Flowers Baking Co.** <br> **of Villa Rica** <br> **PO Box 100817** <br> **Atlanta, GA 30384** | - | | | **Business Debt** | | | | **322.33** |

Sheet no. __**12**__ of __**37**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**13,024.31**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Peter Taeryup Ro**                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx46S4**<br><br>**Floyd Dickens**<br>**Zwicker & Associates, P.C.**<br>**2470 Satellite Blvd, Ste. 120**<br>**Duluth, GA 30096** | - | | | Notice Only | | | | **0.00** |
| Account No. **xxxx3260**<br><br>**FNCB, Inc.**<br>**PO Box 51660**<br>**Sparks, NV 89435** | - | | | Notice Only | | | | **0.00** |
| Account No.<br><br>**Food One Inc**<br>**5300 Webb Pkwy**<br>**Ste. A**<br>**Lilburn, GA 30047** | - | | | Business Debt | | | | **178.10** |
| Account No.<br><br>**Food Way USA Corp**<br>**Miami Produce**<br>**1247 NW 21st St. Stalls 23-26**<br>**Miami, FL 33142** | - | | | Business Debt | | | | **112,573.75** |
| Account No.<br><br>**Frito-Lay**<br>**75 Remittance Dr.**<br>**Suite 1217**<br>**Chicago, IL 60675** | - | | | Business Debt | | | | **1,323.77** |

Sheet no. __13__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **114,075.62**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Peter Taeryup Ro** _____,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Only | | | | |
| **Frontera Imports** **143 Lake Mirror Rd.** **Forest Park, GA 30297** | - | | | | | | **0.00** |
| Account No. | | | Business Debt | | | | |
| **GA Department of Labor** **PO Box 740234** **Atlanta, GA 30374-0234** | - | | | | | | **7,488.25** |
| Account No. | | | Notice Only | | | | |
| **GA Dept of Revenue** **Alcohol & Tobacco Division** **PO Box 105458** **Atlanta, GA 30348-5458** | - | | | | | | **0.00** |
| Account No. | | | Business Debt | | | | |
| **GA Dept. of Agriculture** **19 Martin Luther King Dr., SW** **Room 306** **Atlanta, GA 30334-4201** | - | | | | | | **200.00** |
| Account No. | | | Business Debt | | | | |
| **GA Natural Gas** **PO Box 105445** **Atlanta, GA 30348-5445** | - | | | | | | **395.23** |

Husband, Wife, Joint, or Community

Sheet no. __14__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **8,083.48**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Peter Taeryup Ro**                                            , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Notice Only | | | | |
| **GA Power** **96 Annex** **Atlanta, GA 30396-0001** | | | | | | | | **0.00** |
| Account No. **xxxxxx4215** | | - | | Notice Only | | | | |
| **GB Collects, LLC** **145 Bradford Dr.** **West Berlin, NJ 08091-9269** | | | | | | | | **0.00** |
| Account No. | | - | | Notice Only | | | | |
| **General Produce, Inc.** **16 Forest Pkwy** **Bldg. M** **Forest Park, GA 30297** | | | | | | | | **0.00** |
| Account No. | | - | | Notice Only | | | | |
| **General Wholesale Beer Company** **1271 Tacoma Dr., NW** **Atlanta, GA 30318** | | | | | | | | **0.00** |
| Account No. | | - | | Business Debt | | | | |
| **Get Seafood Inc.** **1062 Thomas Rd.** **Winter Haven, FL 33880** | | | | | | | | **1,770.00** |

Sheet no. __**15**__ of __**37**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **1,770.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Peter Taeryup Ro** ,  Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt | | | | |
| Go Green Produce<br>PO Box 500581<br>Atlanta, GA 31150 | - | | | | | | 1,298.70 |
| Account No. | | | Business Debt | | | | |
| Golden Wholesale Dists. Inc.<br>309 Oakland Rd.<br>Lawrenceville, GA 30044 | - | | | | | | 91.60 |
| Account No. | | | Notice Only | | | | |
| Goya<br>1900 NW 92nd Ave.<br>Miami, FL 33172 | - | | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| Grainger<br>Dept. 879923589<br>Palatine, IL 60038-0001 | - | | | | | | 0.00 |
| Account No. xx-x3550 | | | Notice Only | | | | |
| Greg Martini<br>Martini, Hughes & Grossman<br>900 Linton Blvd., Ste. 201<br>Delray Beach, FL 33444 | - | | | | | | 0.00 |

Sheet no. __16__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 1,390.30

9/23/14 4:33PM

B6F (Official Form 6F) (12/07) - Cont.

In re    **Peter Taeryup Ro** _____,    Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | - | | Notice Only | | | | |
| **Guard Insurance Group**<br>**PO Box 62479**<br>**Baltimore, MD 21264-2479** | | | | | | | | **0.00** |
| Account No. **xxxxxx4215** | | - | | Business Debt | | | | |
| **Guard Insurance Group**<br>**c/o GB Collects, LLC**<br>**145 Bradford Dr.**<br>**West Berlin, NJ 08091-9269** | | | | | | | | **3,413.00** |
| Account No. | | - | | Notice Only | | | | |
| **Hatcher Produce Co., Inc.**<br>**16 Forest Pkwy**<br>**Forest Park, GA 30297** | | | | | | | | **0.00** |
| Account No. | | - | | Business Debt | | | | |
| **Hispano Caribe Distrib. LLC**<br>**3793 A North Peachtree Rd.**<br>**Atlanta, GA 30341** | | | | | | | | **1,547.79** |
| Account No. | | - | | Business Debt | | | | |
| **Hong Kong Supermarket**<br>**5495 Jimmy Carter Blvd.**<br>**Suite F-100**<br>**Norcross, GA 30093** | | | | | | | | **24,372.53** |

Sheet no. __17__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**29,333.32**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

9/23/14 4:33PM

B6F (Official Form 6F) (12/07) - Cont.

In re    **Peter Taeryup Ro**                                                            , Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Only | | | | |
| **Hong Kong Tokyo Food Supplies 10584-2 Old Saint Agustine Rd. Jacksonville, FL 32257** | - | | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| **HP Transport Inc. 905 Via Blairo Corona, CA 92879** | - | | | | | | 0.00 |
| Account No. | | | Business Debt | | | | |
| **Inland Seafood PO Box 450669 Atlanta, GA 31145** | - | | | | | | 7,006.15 |
| Account No. | | | Notice Only | | | | |
| **Integrity Insurance & Finance 282 S. Main St., Ste D Alpharetta, GA 30009** | - | | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| **Interguard LTD Guard Ins. 16 South River Street Wilkes Barre, PA 18702-2406** | - | | | | | | 0.00 |

Sheet no. __18__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | 7,006.15 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    **Peter Taeryup Ro**                                              , Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Business Debt | | | | |
| International World Foods 6395 McDonough Dr., Ste D Norcross, GA 30093 | | | | | | | | 2,670.56 |
| Account No. **xxxx4-205** | | - | | Business Debt | | | | |
| Is-Pe Produce Inc. c/o Roma, Kirshbaum & Schmidt 4600 N. State Hwy 6, Ste. #101 Houston, TX 77084 | | | | | | | | 19,635.75 |
| Account No. | | - | | Business Debt | | | | |
| IS-PE PRODUCE, Inc. 2501 W. Military Hwy. B-4 McAllen, TX 78503 | | | | | | | | 19,827.75 |
| Account No. | | - | | Business Debt | | | | |
| J&G Poultry & Seafood 2360 Monroe Dr. Gainesville, GA 30501 | | | | | | | | 4,099.99 |
| Account No. | | - | | Notice Only | | | | |
| June Towery 201 17th St., NW, Ste. 1700 Atlanta, GA 30363 | | | | | | | | 0.00 |

Sheet no. __19__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 46,234.05 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Peter Taeryup Ro**                                                          ,          Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice Only | | | | |
| Kelly's Food Atlanta PO Box 250509 Atlanta, GA 30325 | - | | | | | | | 0.00 |
| Account No. | | | | Business Debt | | | | |
| Kim Namil 130 Alvord Court Suwanee, GA 30024 | - | | | | | | | 169.00 |
| Account No. | | | | Business Debt | | | | |
| Koco Trading Co. 6833 E. Acco Street Los Angeles, CA 90040 | - | | | | | | | 45,714.60 |
| Account No. | | | | Notice Only | | | | |
| Kreative Technology Partners 3850 Holcomb Bridge Rd. Suite 245 Norcross, GA 30092 | - | | | | | | | 0.00 |
| Account No. | | | | Business Debt | | | | |
| KUS Trading LLC 2670 N. Berkeley Lake Rd. #17 Duluth, GA 30096 | - | | | | | | | 3,505.00 |

Sheet no. __20__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

49,388.60

B6F (Official Form 6F) (12/07) - Cont.

In re    **Peter Taeryup Ro** , Case No. _____
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Business Debt | | | | |
| **L& R Farms Inc.** **1236 Wayne Poultry Rd.** **Pendergrass, GA 30567** | | | | | | | | 2,364.72 |
| Account No. | | - | | Business Debt | | | | |
| **La Fortuna Cash & Carry** **4666 Lake Mirror Pl.** **Forest Park, GA 30297** | | | | | | | | 643.85 |
| Account No. | | - | | Business Debt | | | | |
| **La Providencia** **PO Box 843789** **Dallas, TX 75284-3789** | | | | | | | | 8,569.76 |
| Account No. | | - | | Notice Only | | | | |
| **La Tortilleria** **2900 Lowery St.** **Winston Salem, NC 27101** | | | | | | | | 0.00 |
| Account No. | | - | | Business Debt | | | | |
| **Lisy Corp** **3400 NW 67 Street** **Miami, FL 33147** | | | | | | | | 2,841.74 |

Sheet no. __21__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **14,420.07**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Peter Taeryup Ro**                                    ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx46S4** | | - | Notice Only | | | | |
| Madge R. Buckle<br>Zwicker & Associates, P.C.<br>2470 Satellite Blvd, Ste. 120<br>Duluth, GA 30096 | | | | | | | 0.00 |
| Account No. | | - | Notice Only | | | | |
| Marquez Brothers<br>8207 N. Loop E Ste. 200<br>Houston, TX 77029 | | | | | | | 0.00 |
| Account No. **xx-x3550** | | - | Unsecured | | | | |
| Martini, Hughes & Grossman<br>900 Linton Blvd.<br>Suite 201<br>Delray Beach, FL 33444 | | | | | | | 0.00 |
| Account No. | | - | Business Debt | | | | |
| Matador Distributing LLC<br>PO Box 102925<br>Atlanta, GA 30368 | | | | | | | 603.00 |
| Account No. | | - | Business Debt | | | | |
| Maya Foods LLC<br>16 Forest Pkwy Unit 13-16<br>Forest Park, GA 30297 | | | | | | | 14,585.00 |

Sheet no. __22__ of __37__ sheets attached to Schedule of          Subtotal          | 15,188.00 |
Creditors Holding Unsecured Nonpriority Claims                     (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Peter Taeryup Ro**                                          ,    Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Only | | | | |
| **Mayfield Diary Farms LLC 1971 Delk Industrial Blvd Marietta, GA 30067** | - | | | | | | 0.00 |
| Account No. | | | Business Debt | | | | |
| **McCarthy, Burgess & Wolff The MB&W Building 26000 Cannon  Rd. Cleveland, OH 44146** | - | | | | | | 15,532.00 |
| Account No. | | | Business Debt | | | | |
| **Mercado Hispano 6519 Warren Dr. Norcross, GA 30093** | - | | | | | | 2,252.38 |
| Account No. | | | Business Debt | | | | |
| **Mexican Products 2466  Wagon Wheel Trace Duluth, GA 30096** | - | | | | | | 910.00 |
| Account No. | | | Business Debt | | | | |
| **Mission Foods PO Box 843789 Dallas, TX 75284** | - | | | | | | 297.82 |

Sheet no. __23__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | 18,992.20 |
|---|---|---|

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re     **Peter Taeryup Ro**                                              ,     Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Monica R. Owens, Esq.** <br> **Pursley Friese Torgrimson** <br> **1230 Peachtreet St, NE #1200** <br> **Atlanta, GA 30309** | - | | Notice Only | | | | <br><br><br> 0.00 |
| Account No. <br><br> **MY-A & Co.** <br> **Schuster Dr.** <br> **Hyattsville, MD 20781** | - | | Notice Only | | | | <br><br><br> 0.00 |
| Account No. **xx-xx-x2848** <br><br> **Nguyen Tran Law Firm, LLC** <br> **3100 Five Forks Trickum Road** <br> **Suite 301** <br> **Lilburn, GA 30047** | - | | Notice Only | | | | <br><br><br> 0.00 |
| Account No. <br><br> **Nopalina** <br> **2094 N. Milwaukee Ave.** <br> **2nd Floord** <br> **Chicago, IL 60647** | - | | Notice Only | | | | <br><br><br> 0.00 |
| Account No. <br><br> **Ocho Rios Atlanta, Inc.** <br> **1989 Tucker Industrial Rd.** <br> **Tucker, GA 30084** | - | | Business Debt | | | | <br><br><br> 225.24 |

Sheet no. __24__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

225.24

B6F (Official Form 6F) (12/07) - Cont.

In re  **Peter Taeryup Ro**                                        , Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx1217<br><br>Ocwen Loan Servicing I<br>24 Greenway Plaza #712<br>Houston, TX 77046 | - | | Opened 9/06/06 Last Active 1/02/07<br>Real Estate Mortgage | | | | 0.00 |
| Account No. x4155<br><br>Odwalla, Inc.<br>PO Box 742456<br>Los Angeles, CA 90074-2456 | - | | Business Debt | | | | 90.17 |
| Account No.<br><br>Ole Mexian Foods, Inc.<br>6585 Crescent Dr.<br>Norcross, GA 30071 | - | | Business Debt | | | | 1,422.08 |
| Account No.<br><br>Pacheco Distributor<br>3172 Oakcliff Industrial<br>Atlanta, GA 30340 | - | | Business Debt | | | | 2,316.30 |
| Account No.<br><br>Premium Distributors Inc.<br>PO Box 6274<br>Marietta, GA 30065 | - | | Notice Only | | | | 0.00 |

Sheet no. __25__ of __37__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    3,828.55

9/23/14  4:33PM

B6F (Official Form 6F) (12/07) - Cont.

In re    **Peter Taeryup Ro**                                    ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Only | | | | |
| **Presley's Fish**<br>**575 Crosswinds Dr.**<br>**Mount Juliet, TN 37122** | - | | | | | | **0.00** |
| Account No. | | | Notice Only | | | | |
| **Prime Meats**<br>**2150 Boggs Rd., Ste 500**<br>**Duluth, GA 30096** | - | | | | | | **0.00** |
| Account No. | | | Business Debt | | | | |
| **Produce Exchange of Atlanta**<br>**16 Forest Pkwy, Bdlg E**<br>**Forest Park, GA 30297** | - | | | | | | **41,753.50** |
| Account No. | | | Notice Only | | | | |
| **Product  Service, LLC**<br>**465 Maltbie St., Ste. 110**<br>**Lawrenceville, GA 30046** | - | | | | | | **0.00** |
| Account No. | | | Business Debt | | | | |
| **Productors Dona Betty, Inc.**<br>**1068 Raleigh Way**<br>**Lawrenceville, GA 30043** | - | | | | | | **766.46** |

Sheet no. __26__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**42,519.96**

B6F (Official Form 6F) (12/07) - Cont.

In re **Peter Taeryup Ro** _____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx7617** | | | Collections for Elan Financial Services | | | | |
| **Professional Recovery Svs. Inc** **P.O. Box 1880** **Voorhees, NJ 08043** | | - | | | | | 14,476.02 |
| Account No. | | | Notice Only (Attorneys for BJS Plaza Fiesta, LLC) | | | | |
| **Pursley Friese Torgrimson, LLP** **1230 Peachtree St., NE** **Suite 1200** **Atlanta, GA 30309** | | - | | | | | 0.00 |
| Account No. | | | Business Debt | | | | |
| **Q-Mark Supply, LLC** **3939 Lavista Rd., E-132** **Tucker, GA 30084** | | - | | | | | 5,817.02 |
| Account No. | | | Business Debt | | | | |
| **Quesos Finos Mexicanos LLC** **7647 S. Kedzie Ave.** **Chicago, IL 60652** | | - | | | | | 264.19 |
| Account No. **xxxxx2848** | | | Notice Only | | | | |
| **Quynh-Nga T. Tran** **Nguyen Tran Law Firm, LLC** **3100Five Forks Trickum Rd #301** **Lilburn, GA 30047** | | - | | | | | 0.00 |

Sheet no. __27__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

20,557.23

B6F (Official Form 6F) (12/07) - Cont.

In re    **Peter Taeryup Ro**                                    , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business Debt | | | | |
| Rand Refrigeration 2481 Merrion Park Court Dacula, GA 30019 | | - | | | | | | 2,125.00 |
| Account No. | | | | Notice Only | | | | |
| Reddy Ice 1578 East Taylor Ave. Atlanta, GA 30344 | | - | | | | | | 0.00 |
| Account No. | | | | Business Debt | | | | |
| RicAle Distributors PO Box 2805 Norcross, GA 30091 | | - | | | | | | 219.00 |
| Account No. **xxxx4-205** | | | | Notice Only | | | | |
| Roma, Kirshbaum & Schmidt 4600 North State Hwy 6 Suite 101 Houston, TX 77084 | | - | | | | | | 0.00 |
| Account No. | | | | Business Debt | | | | |
| RT USA 1000 Northbrook Pkwy Suite C Suwanee, GA 30024 | | - | | | | | | 6,606.44 |

Sheet no. __28__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    8,950.44

B6F (Official Form 6F) (12/07) - Cont.

In re    **Peter Taeryup Ro**                                    , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Saborex** <br> **1892 Forge St.** <br> **Tucker, GA 30084** | - | | **Notice Only** | | | | **0.00** |
| Account No. <br><br> **Sanwa Produce Atlanta Market** <br> **16 Forest Park Bldg B6** <br> **Forest Park, GA 30297** | - | | **Notice Only** | | | | **0.00** |
| Account No. <br><br> **Saul Barrios** <br> **1258 Love Bridge Rd.** <br> **Calhoun, GA 30701** | - | | **Business Debt** | | | | **562.50** |
| Account No. <br><br> **Seafood Cargo, Inc.** <br> **PO Box 2424** <br> **Lagrange, GA 30241** | - | | **Notice Only** | | | | **0.00** |
| Account No. **xxxxx1170** <br><br> **Sears/cbna** <br> **Po Box 6189** <br> **Sioux Falls, SD 57117** | - | | **Opened  2/01/00  Last Active  6/17/00** <br> **Charge Account** | | | | **0.00** |

Sheet no. __29__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **562.50**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Peter Taeryup Ro**                                          , Case No. _____

                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx4064** <br><br>**Seminole Gaming**<br>**c/o Martini Hughes & Grossman**<br>**900 Linton Blvd., Ste. 201**<br>**Delray Beach, FL 33444** | - | | **Opened 10/01/09**<br>**Notice Only** | | | | **0.00** |
| Account No. <br><br>**Shalom  GA Distribuidora**<br>**2855 Forsyth Park Lane**<br>**Suwanee, GA 30024** | - | | **Business Debt** | | | | **217.57** |
| Account No. <br><br>**Sigma Foods Inc.**<br>**1265 Oakbrook Dr.**<br>**Norcross, GA 30093** | - | | **Notice Only** | | | | **0.00** |
| Account No. <br><br>**South Mill**<br>**PO Box 1037 Kennett Square**<br>**Kennett Square, PA 19348** | - | | **Business Debt** | | | | **1,296.75** |
| Account No. <br><br>**Southern Grower Inc.**<br>**2838 E. Ponce De Leon Ave.**<br>**Decatur, GA 30030** | - | | **Business Debt** | | | | **7,183.00** |

Sheet no. __30__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**8,697.32**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Peter Taeryup Ro**                                                    ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | - | | **Notice Only** | | | | |
| **Souto Foods,LLC 3000 Old Alabama Rd. Ste. 119-154 Alpharetta, GA 30022** | | | | | | | | 0.00 |
| Account No. **xx-x-2659** | | - | | **Notice Purpose Only** | | | | |
| **State Court of Cobb County Clerk of Court CAFN: 14-G-2659 12 East Park Square Marietta, GA 30090** | | | | | | | | 0.00 |
| Account No. **xx-x-2659** | | - | | **Notice Purpose Only** | | | | |
| **State Court of Cobb County Clerk, Case No.: 14-G-2659 12 East Park Square Marietta, GA 30090** | | | | | | | | 0.00 |
| Account No. **xxxxxxx670E** | | - | | **Notice Purpose Only** | | | | |
| **State Court of Fulton County Clerk, Case No.13EV018670E 185 Central Avenue, SW Atlanta, GA 30303** | | | | | | | | 0.00 |
| Account No. **xxxxxx46S4** | | - | | **Notice Purpose Only** | | | | |
| **State Court of Gwinnett County Clerk, Case No.: 14C00546S4 75 Langley Drive Lawrenceville, GA 30046-0880** | | | | | | | | 0.00 |

Sheet no. __31__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

9/23/14  4:33PM

B6F (Official Form 6F) (12/07) - Cont.

In re    **Peter Taeryup Ro**
_____,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxx9405**<br><br>**State Court of Gwinnett County<br>Clerk, Case No.: 14C009405<br>75 Langley Drive<br>Lawrenceville, GA 30046-0880** | - | | | Notice Purpose Only | | | | 0.00 |
| Account No. **xxxxx9383**<br><br>**State Court of Gwinnett County<br>Clerk, Case No.: 14C009383<br>75 Langley Drive<br>Lawrenceville, GA 30046-0880** | - | | | Notice Purpose Only | | | | 0.00 |
| Account No. **xxxx-xx145-1**<br><br>**State Court of Gwinnett County<br>Clerk, Case No.: 14GC-03145-1<br>75 Langley Drive<br>Lawrenceville, GA 30046-0880** | - | | | Notice Purpose Only | | | | 0.00 |
| Account No. **xx-x-2659**<br><br>**Stephanie Friese Aron<br>1230 Peachtree St., NE<br>Suite 1200<br>Atlanta, GA 30309** | - | | | Notice Only | | | | 0.00 |
| Account No.<br><br>**Sunbelt Produce Distributor<br>16 Forest Pkwy<br>Bldg. A, Unit 2, Box 12<br>Forest Park, GA 30297** | - | | | Notice Only | | | | 0.00 |

Sheet no. __32__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Peter Taeryup Ro**
_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx2795**<br><br>**Sunrise Credit Svs., Inc.**<br>**P.O. Box 9100**<br>**Farmingdale, NY 11735-9100** | | - | **Collections for FIA Card Services, N.A.** | | | | **12,767.23** |
| Account No. **xxxxxxx670E**<br><br>**SunTrust Bank**<br>**701 Duluth Hwy, NW**<br>**Lawrenceville, GA 30046** | | - | **Notice Only** | | | | **0.00** |
| Account No.<br><br>**Super U Bags Inc.**<br>**1986 Tucker Industrial Rd.**<br>**Tucker, GA 30084** | | - | **Notice Only** | | | | **0.00** |
| Account No. **xx-xx-xx848-5**<br><br>**Superior Court of DeKalb Count**<br>**Clerk, Case NO.: 13-CV-12848-5**<br>**556 N. McDonough Street**<br>**Decatur, GA 30030** | | - | **Notice Purpose Only** | | | | **0.00** |
| Account No.<br><br>**Supervalu Transportation Inc**<br>**PO Box 430**<br>**Anniston, AL 36201** | | - | **Notice Only** | | | | **0.00** |

Sheet no. __**33**__ of __**37**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal    **12,767.23**
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Peter Taeryup Ro**                                ,     Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice Only | | | | |
| T&D Foods Inc. 1740 Sugarloaf Club Dr. Duluth, GA 30097 | - | | | | | | | 0.00 |
| Account No. | | | | Business Debt | | | | |
| Terminix PO Box 742592 Cincinnati, OH 45274-2592 | - | | | | | | | 112.00 |
| Account No. | | | | Notice Only | | | | |
| TGC Enterprise, Inc. 13285 Amar Rd City of Industry La Puente, CA 91746 | - | | | | | | | 0.00 |
| Account No. | | | | Business Debt | | | | |
| Town and Country Packing Co. PO Box 88 Thomson, GA 30824 | - | | | | | | | 4,943.96 |
| Account No. | | | | Business Debt | | | | |
| Tropical Ice Cream 5538 East Hampton Houston, TX 77039 | - | | | | | | | 180.00 |
| Sheet no. __34__ of __37__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | Subtotal (Total of this page) | | | | 5,235.96 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Peter Taeryup Ro**                                      , Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business Debt | | | | |
| Tropical Roses PO Box 491563 Lawrenceville, GA 30049 | - | | | | | | | 313.50 |
| Account No. | | | | Business Debt | | | | |
| Ui Bum Kook 772 Greenwood Rd. Hartwell, GA 30643 | - | | | | | | | 495.00 |
| Account No. | | | | Business Debt | | | | |
| United  Wholesale Services 2765 Camp Branch Rd. Buford, GA 30519 | - | | | | | | | 12.00 |
| Account No. | | | | Business Debt | | | | |
| Unity Groves Corporation 25399 SW 157 Ave. Homestead, FL 33031 | - | | | | | | | 2,020.00 |
| Account No. xxxxxxxxxxx3800 | | | | Opened  6/01/10  Last Active 1/02/14 Credit Card | | | | |
| Us Bank/na Nd 4325 17th Ave S Fargo, ND 58125 | - | | | | | | | 10,177.00 |

Sheet no. __35__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

13,017.50

B6F (Official Form 6F) (12/07) - Cont.

In re   **Peter Taeryup Ro**                                              , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Vivyan Seafood LLC**<br>**1596 Old Spring House Lane**<br>**Atlanta, GA 30338** | - | | **Business Debt** | | | | **2,388.50** |
| Account No. <br><br>**Walong Marketing Inc.**<br>**3435 Breckinridge Blvd**<br>**Duluth, GA 30096** | - | | **Notice Only** | | | | **0.00** |
| Account No. <br><br>**Waste Mngt of Atlanta Hauling**<br>**PO Box 105453**<br>**Atlanta, GA 30348-5453** | - | | **Business Debt** | | | | **4,925.18** |
| Account No. xxxxxxxxxxx9857 <br><br>**Wells Fargo Card Ser**<br>**1 Home Campus**<br>**3rd Floor**<br>**Des Moines, IA 50328** | - | | **Opened  1/06/12  Last Active  2/15/12**<br>**Credit Card** | | | | **0.00** |
| Account No. xxxxxxxxxx5451 <br><br>**World Omni F**<br>**Po Box 91614**<br>**Mobile, AL 36691** | - | | **Opened  5/01/07  Last Active  9/04/07**<br>**Automobile** | | | | **0.00** |

Sheet no. __**36**__ of __**37**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **7,313.68**

Husband, Wife, Joint, or Community

B6F (Official Form 6F) (12/07) - Cont.

In re    **Peter Taeryup Ro**                                      ,    Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **Business Debt** | | | | |
| **World's Best Tropical LLC** **1421 NW 89 Ct.** **Doral, FL 33172** | | - | | | | | 3,743.00 |
| Account No. **xx-x-x0546** | | | **Collections for American Express Bank, FSB** | | | | |
| **Zwicker & Associates, P.C.** **2470 Sattellite Blvd.** **Suite 120** **Duluth, GA 30096** | | - | | | | | 20,682.13 |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __37__ of __37__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 24,425.13 |
| Total (Report on Summary of Schedules) | | 833,511.74 |

B6G (Official Form 6G) (12/07)

In re    **Peter Taeryup Ro**                                                                    ,    Case No. _____
                                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

9/23/14  4:33PM

B6H (Official Form 6H) (12/07)

In re    **Peter Taeryup Ro**                                                    ,        Case No. _____
                                          Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify your case:**

Debtor 1    **Peter Taeryup Ro**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number
(If known)

Check if this is:
☐ An amended filing
☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form B 6I

## Schedule I: Your Income                                    12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☐ Employed<br>■ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | | |
| Employer's name | | |
| Employer's address | | |
| How long employed there? | | |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2.  $ 0.00 | $ N/A |
| 3. | **Estimate and list monthly overtime pay.** | 3. +$ 0.00 | +$ N/A |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4.  $ 0.00 | $ N/A |

Debtor 1  **Peter Taeryup Ro**

Case number (*if known*) _____

|  |  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| **Copy line 4 here** | 4. | $ | **0.00** | $ **N/A** |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ **0.00** | $ **N/A** |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ **0.00** | $ **N/A** |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ **0.00** | $ **N/A** |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ **0.00** | $ **N/A** |
| 5e. | **Insurance** | 5e. | $ **0.00** | $ **N/A** |
| 5f. | **Domestic support obligations** | 5f. | $ **0.00** | $ **N/A** |
| 5g. | **Union dues** | 5g. | $ **0.00** | $ **N/A** |
| 5h. | **Other deductions.** Specify: _____ | 5h.+ | $ **0.00** + | $ **N/A** |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6.  $ **0.00**    **N/A**

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.  $ **0.00**    **N/A**

8. **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ **0.00** | $ **N/A** |
| 8b. | **Interest and dividends** | 8b. | $ **0.00** | $ **N/A** |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ **0.00** | $ **N/A** |
| 8d. | **Unemployment compensation** | 8d. | $ **0.00** | $ **N/A** |
| 8e. | **Social Security** | 8e. | $ **0.00** | $ **N/A** |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ **0.00** | $ **N/A** |
| 8g. | **Pension or retirement income** | 8g. | $ **0.00** | $ **N/A** |
| 8h. | **Other monthly income.** Specify: _____ | 8h.+ | $ **0.00** + | $ **N/A** |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.  $ **0.00**    $ **N/A**

10. **Calculate monthly income.** Add line 7 + line 9.    10.  $ **0.00** + $ **N/A** = $ **0.00**
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____    11.  +$ **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies    12.  $ **0.00**

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☑ No.
☐ Yes. Explain: _____

**Fill in this information to identify your case:**

Debtor 1          **Peter Taeryup Ro**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13
    expenses as of the following date:

    _____
    MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2
    maintains a separate household

## Official Form B 6J

# Schedule J: Your Expenses                                          12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number
(if known). Answer every question.

### Part 1:    Describe Your Household

1.  **Is this a joint case?**

    ■ No. Go to line 2.

    ☐ Yes. **Does Debtor 2 live in a separate household?**

        ☐ No

        ☐ Yes. Debtor 2 must file a separate Schedule J.

2.  **Do you have dependents?**          ■ No

    Do not list Debtor 1 and           ☐ Yes. Fill out this information for
    Debtor 2.                              each dependent...........

    Do not state the dependents'
    names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

3.  **Do your expenses include        ■ No
    expenses of people other than    ☐ Yes
    yourself and your dependents?**

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report
expenses as a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the
applicable date.

Include expenses paid for with non-cash government assistance if you know the value of
such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

|  | **Your expenses** |
|---|---|

4.  The rental or home ownership expenses for your residence. Include first mortgage payments      4. $                        620.00
    and any rent for the ground or lot.

    **If not included in line 4:**

    4a.    Real estate taxes                                                    4a. $                          0.00
    4b.    Property, homeowner's, or renter's insurance                         4b. $                          0.00
    4c.    Home maintenance, repair, and upkeep expenses                        4c. $                          0.00
    4d.    Homeowner's association or condominium dues                          4d. $                          0.00
5.  **Additional mortgage payments for your residence,** such as home equity loans     5. $                          0.00

| Debtor 1 | **Peter Taeryup Ro** | Case number (if known) | |

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 0.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 0.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 0.00 |
| | 6d. | Other. Specify: _____ | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 0.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 0.00 |
| 10. | **Personal care products and services** | | 10. $ | 0.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 0.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. | | 12. $ | 0.00 |
| | Do not include car payments. | | | |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 0.00 |
| 15. | **Insurance.** | | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 0.00 |
| | 15b. | Health insurance | 15b. $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. $ | 0.00 |
| | 15d. | Other insurance. Specify: _____ | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | 16. $ | 0.00 |
| | Specify: _____ | | | |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. | Other. Specify: _____ | 17c. $ | 0.00 |
| | 17d. | Other. Specify: _____ | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).** | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** | | $ | 0.00 |
| | Specify: _____ | | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: _____ | 21. +$ | 0.00 |
| 22. | **Your monthly expenses.** Add lines 4 through 21. | | 22. $ | 620.00 |
| | The result is your monthly expenses. | | | |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. | Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 0.00 |
| | 23b. | Copy your monthly expenses from line 22 above. | 23b. -$ | 620.00 |
| | 23c. | Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | -620.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes. Explain: _____

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Georgia

In re    **Peter Taeryup Ro**                                     Case No. _____

                                        Debtor(s)                  Chapter    **7** _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**City Ntl Bk/Ocwen Loan Service** | **Describe Property Securing Debt:**<br>**Residence: 2650  Cascade Creek, Buford GA 30519** |

| Property will be (check one): |
|---|
| ☐ Surrendered                              ■ Retained |
| If retaining the property, I intend to (check at least one): |
| ☐ Redeem the property |
| ■ Reaffirm the debt |
| ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)). |
| Property is (check one): |
| ■ Claimed as Exempt                             ☐ Not claimed as exempt |

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease.  Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES       ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   **September 23, 2014** _____         Signature    **/s/ Peter Taeryup Ro** _____

                                                           **Peter Taeryup Ro**<br>                                                           Debtor

# United States Bankruptcy Court
## Northern District of Georgia

In re **Peter Taeryup Ro**

Debtor(s)

Case No.

Chapter  **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 1,750.00 |
| Prior to the filing of this statement I have received | $ | 1,750.00 |
| Balance Due | $ | 0.00 |

2. $ **335.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   b. [Other provisions as needed]
   **Applicable to Chapter 7 and Chapter 13 Cases:  The Client(s) have been informed and understand that certain tasks with the Client's case, including but not limited to representation at the First Meeting of Creditors (also commonly known as the 341 hearing), may be contracted out to attorneys that are not associate attorneys of Coleman Legal Group, LLC.  Client authorizes such delegations at the Attorney's discretion.  A list of possible attorneys that may represent the client(s) at the First Meeting of Creditors includes, but is not limited to:  Susan Gantt, Esq., Robert Barcus, Esq., William Sotter, Esq., Annette Drennon, Esq., Susan Martin, Esq. and Danny Coleman, MBA, JD, Esq.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Applicable to Chapter 7 Bankruptcy Cases Only:  Representation of the Client(s)/Debtor(s) in any dischargability actions; judicial lien avoidances; relief from stay actions; Rule 2004 Depositions, any Court hearing other than the First Scheduled Meeting of Creditors; any and all adversary proceedings; negotiations with secured creditors to reduce market value; exemptions planning; preparation, review, signing, approving, and filing of reaffirmation agreements and applications; preparation and filing of motions for avoidance of liens on household goods or any other property; and any amendment to any document filed in the client's case. Client(s) has/have entered into and signed an hourly rate attorney-client agreement.  Client(s) case is not "Flat Rate" in accordance with the signed attorney-client agreement.**

In re    **Peter Taeryup Ro**                                    Case No. _____

_____
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

| CERTIFICATION |
| --- |

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **September 23, 2014**                      **/s/ Danny Coleman, MBA, Attorney**
                                                       **Danny Coleman, MBA, Attorney 177427**
                                                       **Coleman Legal Group, LLC**
                                                       **5755 North Point Parkway**
                                                       **Suite 52**
                                                       **Alpharetta, GA 30022**
                                                       **770-408-0474  Fax: 770-609-7020**
                                                       **attorney@dcolemanlaw.com**

B 6 Summary (Official Form 6 - Summary) (12/13)

.

# United States Bankruptcy Court
## Northern District of Georgia

In re    **Peter Taeryup Ro**
_____,
Debtor

Case No. _____

Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A,
B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.
Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must
also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 165,064.00 | | |
| B - Personal Property | Yes | 3 | 28,220.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 1,829,728.33 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 479,859.81 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 38 | | 833,511.74 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 2 | | | 0.00 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 620.00 |
| Total Number of Sheets of ALL Schedules | | 54 | | | |
| | | Total Assets | 193,284.00 | | |
| | | | Total Liabilities | 3,143,099.88 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

.

# United States Bankruptcy Court
## Northern District of Georgia

In re    **Peter Taeryup Ro** _____ ,   Case No. _____

                                             Debtor

Chapter _____ **7** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

  ■   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Georgia

In re    **Peter Taeryup Ro**

Debtor(s)

Case No.

Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **56**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **September 23, 2014**

Signature    **/s/ Peter Taeryup Ro**

**Peter Taeryup Ro**

Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Georgia

In re   **Peter Taeryup Ro**

Debtor(s)

Case No.

Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   **September 23, 2014**

**/s/ Peter Taeryup Ro**

**Peter Taeryup Ro**
Signature of Debtor

B 201A (Form 201A) (6/14)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total Fee $335)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total Fee $310)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

Form B 201A, Notice to Consumer Debtor(s)                                                                                                    Page 2

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $550 administrative fee: Total Fee $1,717)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total Fee $275)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Georgia

In re  **Peter Taeryup Ro** _____    Case No. _____
                                            Debtor(s)         Chapter    **7**    _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | | |
|---|---|---|
| **Peter Taeryup Ro** | X **/s/ Peter Taeryup Ro** | **September 23, 2014** |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| Case No. (if known) _____ | X _____ | |
| | Signature of Joint Debtor (if any) | Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

B22A (Official Form 22A) (Chapter 7) (04/13)

| In re | **Peter Taeryup Ro** | According to the information required to be entered on this statement (check one box as directed in Part I, III, or VI of this statement): |
|---|---|---|

In re  **Peter Taeryup Ro**
_____
Debtor(s)

Case Number: _____
(If known)

According to the information required to be entered on this statement
(check one box as directed in Part I, III, or VI of this statement):

☐ **The presumption arises.**

■ **The presumption does not arise.**

☐ **The presumption is temporarily inapplicable.**

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME
# AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor.  If none of the exclusions in Part I applies, joint debtors may complete one statement only.  If any of the exclusions in Part I applies, joint debtors should complete separate statements if they believe this is required by § 707(b)(2)(C).

## Part I. MILITARY AND NON-CONSUMER DEBTORS

| 1A | **Disabled Veterans.**  If you are a disabled veteran described in the Declaration in this Part IA, (1) check the box at the beginning of the Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.

☐ **Declaration of Disabled Veteran.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
|---|---|
| 1B | **Non-consumer Debtors.**  If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.

■ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |
| 1C | **Reservists and National Guard Members; active duty or homeland defense activity.**  Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. **During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which  your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends.**

☐ **Declaration of Reservists and National Guard Members.**  By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard

        a. ☐ I was called to active duty after September 11, 2001, for a period of at least 90 days and

            ☐ I remain on active duty /or/

            ☐ I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed;

        OR

        b. ☐ I am performing homeland defense activity for a period of at least 90 days /or/

            ☐ I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed. |

B22A (Official Form 22A) (Chapter 7) (04/13)   2

## Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION

| | | Column A Debtor's Income | Column B Spouse's Income |
|---|---|---|---|
| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only column A ("Debtor's Income") for Lines 3-11.**<br>c. ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**<br>d. ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** | | |
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | Column A Debtor's Income | Column B Spouse's Income |
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $ | $ |
| 4 | **Income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.**<br><br>a. Gross receipts [Debtor] $ [Spouse] $<br>b. Ordinary and necessary business expenses [Debtor] $ [Spouse] $<br>c. Business income Subtract Line b from Line a | $ | $ |
| 5 | **Rent and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.**<br><br>a. Gross receipts [Debtor] $ [Spouse] $<br>b. Ordinary and necessary operating expenses [Debtor] $ [Spouse] $<br>c. Rent and other real property income Subtract Line b from Line a | $ | $ |
| 6 | **Interest, dividends, and royalties.** | $ | $ |
| 7 | **Pension and retirement income.** | $ | $ |
| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. Each regular payment should be reported in only one column; if a payment is listed in Column A, do not report that payment in Column B. | $ | $ |
| 9 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act: Debtor $ ___ Spouse $ ___ | $ | $ |
| 10 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism.<br><br>a. [Debtor] $ [Spouse] $<br>b. [Debtor] $ [Spouse] $<br>Total and enter on Line 10 | $ | $ |
| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | $ | $ |

B22A (Official Form 22A) (Chapter 7) (04/13)                                                                        3

| 12 | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total.  If Column B has not been completed, enter the amount from Line 11, Column A. | $ |

## Part III. APPLICATION OF § 707(b)(7) EXCLUSION

| 13 | **Annualized Current Monthly Income for § 707(b)(7).**  Multiply the amount from Line 12 by the number 12 and enter the result. | $ |
| 14 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)  a. Enter debtor's state of residence: _____  b. Enter debtor's household size: _____ | $ |
| 15 | **Application of Section 707(b)(7).** Check the applicable box and proceed as directed.<br>☐ **The amount on Line 13 is less than or equal to the amount on Line 14.**  Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI or VII.<br>☐ **The amount on Line 13 is more than the amount on Line 14.**  Complete the remaining parts of this statement. |

## Complete Parts IV, V, VI, and VII of this statement only if required.  (See Line 15.)

## Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| 16 | **Enter the amount from Line 12.** | $ |
| 17 | **Marital adjustment.** If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero. |  |

|   |   |   |
|---|---|---|
| a. |  | $ |
| b. |  | $ |
| c. |  | $ |
| d. |  | $ |
| Total and enter on Line 17 |  | $ |

| 18 | **Current monthly income for § 707(b)(2).**  Subtract Line 17 from Line 16 and enter the result. | $ |

## Part V. CALCULATION OF DEDUCTIONS FROM INCOME

### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| 19A | **National Standards: food, clothing and other items.**  Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable number of persons. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)  The applicable number of persons is the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | $ |
| 19B | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the applicable number of persons who are  under 65 years of age, and enter in Line b2 the applicable number of persons who are 65 years of age or older. (The applicable number of persons in each age category is the number in that category that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support.) Multiply Line a1 by Line b1 to obtain a total amount for persons under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for persons 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. | $ |
| 20A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and family size.  (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court). The applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | $ |

Within Line 19B:

| Persons under 65 years of age | | Persons 65 years of age or older | |
|---|---|---|---|
| a1. | Allowance per person | a2. | Allowance per person |
| b1. | Number of persons | b2. | Number of persons |
| c1. | Subtotal | c2. | Subtotal |

B22A (Official Form 22A) (Chapter 7) (04/13)

**4**

| | |
|---|---|
| **20B** | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and family size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court) (the applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. **Do not enter an amount less than zero.** |

| | | |
|---|---|---|
| a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ |
| b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $ |
| c. | Net mortgage/rental expense | Subtract Line b from Line a. |

$

| | |
|---|---|
| **21** | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: |

$

| | |
|---|---|
| **22A** | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation. Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8. ☐ 0  ☐ 1  ☐ 2 or more. If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) |

$

| | |
|---|---|
| **22B** | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for you public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) |

$

| | |
|---|---|
| **23** | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.) ☐ 1  ☐ 2 or more. Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.** |

| | | |
|---|---|---|
| a. | IRS Transportation Standards, Ownership Costs | $ |
| b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | $ |
| c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. |

$

| | |
|---|---|
| **24** | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23. Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24. **Do not enter an amount less than zero.** |

| | | |
|---|---|---|
| a. | IRS Transportation Standards, Ownership Costs | $ |
| b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | $ |
| c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. |

$

| | |
|---|---|
| **25** | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** |

$

| 26 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ |
|---|---|---|
| 27 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ |
| 28 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due obligations included in Line 44.** | $ |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ |
| 30 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare - such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ |
| 31 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ |
| 32 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service - such as pagers, call waiting, caller id, special long distance, or internet service - to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ |
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32. | $ |

### Subpart B: Additional Living Expense Deductions
### Note: Do not include any expenses that you have listed in Lines 19-32

| 34 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. | |
|---|---|---|

| a. | Health Insurance | $ |
|---|---|---|
| b. | Disability Insurance | $ |
| c. | Health Savings Account | $ |

Total and enter on Line 34.

**If you do not actually expend this total amount,** state your actual total average monthly expenditures in the space below:
$

| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $ |
|---|---|---|
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ |
| 37 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $156.25* per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ |

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $ |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40 | $ |

### Subpart C: Deductions for Debt Payment

| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. |  |
|  |  |  |

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
| --- | --- | --- | --- | --- |
| a. |  |  | $ | ☐yes ☐no |
|  |  |  | Total: Add Lines | $ |

| 43 | **Other payments on secured claims.** If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. |  |

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
| --- | --- | --- | --- |
| a. |  |  | $ |
|  |  | Total: Add Lines | $ |

| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 28.** | $ |

| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | |

| a. | Projected average monthly chapter 13 plan payment. | $ |
| b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x |
| c. | Average monthly administrative expense of chapter 13 case | Total: Multiply Lines a and b | $ |

| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | $ |

### Subpart D: Total Deductions from Income

| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | $ |

### Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION

| 48 | **Enter the amount from Line 18 (Current monthly income for § 707(b)(2))** | $ |
| 49 | **Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2))** | $ |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result. | $ |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $ |

| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than $7,475***. Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI.<br><br>☐ **The amount set forth on Line 51 is more than $12,475*** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI.<br><br>☐ **The amount on Line 51 is at least $7,475*, but not more than $12,475*.** Complete the remainder of Part VI (Lines 53 through 55). | |

| 53 | Enter the amount of your total non-priority unsecured debt | $ |
|----|---|---|
| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ |

| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII.<br><br>☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. | |

## Part VII. ADDITIONAL EXPENSE CLAIMS

| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. |
|----|---|

| Expense Description | Monthly Amount |
|---|---|
| a. | $ |
| b. | $ |
| c. | $ |
| d. | $ |
| Total:  Add Lines a, b, c, and d | $ |

## Part VIII. VERIFICATION

| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this is a joint case, both debtors must sign.)*<br><br>Date:  __September 23, 2014__        Signature:  __/s/ Peter Taeryup Ro__<br><br>Peter Taeryup Ro<br>*(Debtor)* |
|----|---|

---

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

2 Amigos Distribution, LLC
715 Ambur Cove Way
Lawrenceville, GA 30043


A&D Foods
65 Crestridge Drive
Suwanee, GA 30024


A. Rico Adobos & Seasonings
P.O. Box 2354
Cumming, GA 30028


Able Co.
124 Forest Pkwy
Suite A
Forest Park, GA 30297


Ace Produce, LLC
P.O. Box 2333
Forest Park, GA 30298


Advance Trace Inc.
3166 Oakcliff Industrial St.
Atlanta, GA 30340


Agustina Huerta
2925 Sumac Drive
Atlanta, GA 30360


Airgas
2015 Vaughn Road, Suite 400
Kennesaw, GA 30144-7802


Aladdin Farms Inc.
P.O. Box 142
Howey in the Hills, FL 34737

Aleva Trucking & Produce, LLC
16 Forest Pkwy
Shell 22 Stall Unit 29 Box 2
Forest Park, GA 30297


American Express
Po Box 3001
16 General Warren Blvd
Malvern, PA 19355


American Express Bank, FSB
c/o Zwicker Firm
2470 Satellite Blvd, Ste 120
Duluth, GA 30096


American Express Bank, FSB
c/o Zwicker & Associates, P.C.
2470 Satellite Blvd, Ste 120
Duluth, GA 30096


American Express Centurion Bnk
c/o Zwicker & Associates, P.C.
2470 Satellite Blvd., Ste. 120
Duluth, GA 30096


Amtrust North America, Inc.
P.O. Box 318004
Independence, OH 44131-9973


Atlanta Nut Company, Inc.
2999 Amwiler Rd.
Atlanta, GA 30360


Atlanta Seafood Company
PO Box 460
Hampstead, NC 28443

Atlanta Tomato, LLC
16 Forest Pkwy., C-5
Forest Park, GA 30297


Azteca Milling, LP
PO Box 843769
Dallas, TX 75284-3769


Bank of America
PO  Box 982236
El Paso, TX 79998-2236


Bank of America
P.O. Box 15019
Wilmington, DE 19850-5019


Bank Of America
P.O. Box 982236
El Paso, TX 79998


Bar-S Food
1265 Oakbrook Dr.
Norcross, GA 30093


Barrientos International Foods
2612 Pierce Brennen Ct.
Lawrenceville, GA 30043


Bimbo Foods, Inc.
255 Business Center
Horsham, PA 19044


BJS Plaza Fiesta, LLC
c/o Pursley Friese Torgrimson
1230 Peachtree St., NE #1200
Atlanta, GA 30309

BJS Plaza Fiesta, LLC
c/o Kennedy Wilson Properties
PO Box 2098
Yucca Valley, CA 92286-2098


Bk Of Amer
Po Box 982235
El Paso, TX 79998


Blue Ridge Beef Plant, Inc.
PO Box 397
Belton, SC 29627


Bmw Financial Services
Attn: Bankruptcy Department
Po Box 3608
Dublin, OH 43016


Capital One Mastercard
c/o FNCB, Inc.
P.O. Box 51660
Sparks, NV 89435


Cascade Falls HOA
Community Mgnt Assoc.
1645 North Side Dr., NW #128
Atlanta, GA 30318-4220


Chammill Food, Inc.
5178 Brooks
Unit B
Montclair, CA 91763


Chang-Tuh Co.
148 N. Ridgewood Pl.
Los Angeles, CA 90004

Chase
Po Box 15298
Wilmington, DE 19850


Chau Nguyen & Hong Kong Market
c/o Nguyen Tran Law Firm, LLC
3100 Five Forks Trickum Rd 301
Lilburn, GA 30047


Chef Merito
7915 Sepulveda Blvd
Van Nuys, CA 91405


Chen Sheng Jian
1117 E. Montgomery Cross Rd.
Savannah, GA 31406


Chi Du Mex Wholesales LLC
4666-E Lake Mirror Place
Forest Park, GA 30297


Chicago Farms LLC
1354 AL Hwy. 125
Brundidge, AL 36010


City Ntl Bk/Ocwen Loan Service
Attn: Bankruptcy
P.O. Box 24738
West Palm Beach, FL 33416


Coca-Cola Refreshments
PO Box 403390
Atlanta, GA 30384


Collins Brothers Produce
PO Box 1025
Forest Park, GA 30297

Coosemans Atlanta, Inc.
16 Forest Pkwy
Bldg E 1
Forest Park, GA 30297


Crown Credit Company, Inc.
PO Box 640352
Cincinnati, OH 45264-0352


Dade Paper
600 Hartman Industrial Ct., SW
#200
Austell, GA 30168


Daves Creek Meat Market, Inc.
1845 Edgemont Ct.
Cumming, GA 30041


DC's Fish Market
PO Box 251
Charleston, TN 37310


Dekalb County Tax Commissioner
PO Box 100004
Decatur, GA 30031


Diaz
5501 Fulton Industrial Blvd.
Atlanta, GA 30336


Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850


Distribuidora Limena, Inc.
712-A Winter Industrial Way
Lawrenceville, GA 30046

Douglas D. Nguyen
Nguyen Tran Law Firm, LLC
3100Five Fork Trickum Rd #301
Lilburn, GA 30047


E&A Management Inc.
2915 Centerville Hwy
Snellville, GA 30078


Eagle Rock Distributing Co.
1375 Beverage Dr.
Stone Mountain, GA 30083


Earthgrains Baking Co's Inc.
3310 Panthersville Rd.
Decatur, GA 30034


Egis Exportation Inc.
5150 Buford Hwy
C-280
Atlanta, GA 30340


El Jarocho Inc.
1625 Oakbrook Dr.
Norcross, GA 30092


El Milagro
2674 Weaver Way
Atlanta, GA 30340


Elan Financial Service
Po Box 790084
Saint Louis, MO 63179


Elan Financial Service
777 E Wisconsin Ave
Milwaukee, WI 53202

Elan Financial Services
c/o Professional Recovery Svs.
P.O. Box 1880
Voorhees, NJ 08043


ETR Merchadise Co
734 S. Alameda Street
Bldg. A
Los Angeles, CA 90021-1616


FIA Card Services, N.A.
c/o Sunrise Credit Svs., Inc.
PO Box 9100
Farmingdale, NY 11735-9100


Fidelity Fruit & Produce Co.
16 Forest Pkwy
Forest Park, GA 30297


First Choice Foods
1440 Ventura Drive
Cumming, GA 30040


First Natl Collection Bureau
610 Waltham Way
Sparks, NV 89434


Flowers Baking Co.
of Villa Rica
PO Box 100817
Atlanta, GA 30384


Floyd Dickens
Zwicker & Associates, P.C.
2470 Satellite Blvd, Ste. 120
Duluth, GA 30096

```
FNCB, Inc.
PO Box 51660
Sparks, NV 89435


Food One Inc
5300 Webb Pkwy
Ste. A
Lilburn, GA 30047


Food Way USA Corp
Miami Produce
1247 NW 21st St. Stalls 23-26
Miami, FL 33142


Frito-Lay
75 Remittance Dr.
Suite 1217
Chicago, IL 60675


Frontera Imports
143 Lake Mirror Rd.
Forest Park, GA 30297


GA Department of Labor
PO Box 740234
Atlanta, GA 30374-0234


GA Department of Revenue
Processing Center
P.O. Box 740319
Atlanta, GA 30374-0319


GA Dept of Revenue
Alcohol & Tobacco Division
PO Box 105458
Atlanta, GA 30348-5458
```

GA Dept. of Agriculture
19 Martin Luther King Dr., SW
Room 306
Atlanta, GA 30334-4201


GA Natural Gas
PO Box 105445
Atlanta, GA 30348-5445


GA Power
96 Annex
Atlanta, GA 30396-0001


GB Collects, LLC
145 Bradford Dr.
West Berlin, NJ 08091-9269


General Produce, Inc.
16 Forest Pkwy
Bldg. M
Forest Park, GA 30297


General Wholesale Beer Company
1271 Tacoma Dr., NW
Atlanta, GA 30318


Georgia Dept. of Revenue
Compliance Division
P.O. Box 105499
Atlanta, GA 30348-5499


Get Seafood Inc.
1062 Thomas Rd.
Winter Haven, FL 33880


Go Green Produce
PO Box 500581
Atlanta, GA 31150

Golden Wholesale Dists. Inc.
309 Oakland Rd.
Lawrenceville, GA 30044


Goya
1900 NW 92nd Ave.
Miami, FL 33172


Grainger
Dept. 879923589
Palatine, IL 60038-0001


Greg Martini
Martini, Hughes & Grossman
900 Linton Blvd., Ste. 201
Delray Beach, FL 33444


Guard Insurance Group
PO Box 62479
Baltimore, MD 21264-2479


Guard Insurance Group
c/o GB Collects, LLC
145 Bradford Dr.
West Berlin, NJ 08091-9269


Hatcher Produce Co., Inc.
16 Forest Pkwy
Forest Park, GA 30297


Hispano Caribe Distrib. LLC
3793 A North Peachtree Rd.
Atlanta, GA 30341


Hong Kong Supermarket
5495 Jimmy Carter Blvd.
Suite F-100
Norcross, GA 30093

Hong Kong Tokyo Food Supplies
10584-2 Old Saint Agustine Rd.
Jacksonville, FL 32257


HP Transport Inc.
905 Via Blairo
Corona, CA 92879


Inland Seafood
PO Box 450669
Atlanta, GA 31145


Integrity Insurance & Finance
282 S. Main St., Ste D
Alpharetta, GA 30009


Interguard LTD Guard Ins.
16 South River Street
Wilkes Barre, PA 18702-2406


International World Foods
6395 McDonough Dr., Ste D
Norcross, GA 30093


IRS
Internal Revenue Service
Department of the Treasury
Atlanta, GA 39901


Is-Pe Produce Inc.
c/o Roma, Kirshbaum & Schmidt
4600 N. State Hwy 6, Ste. #101
Houston, TX 77084


IS-PE PRODUCE, Inc.
2501 W. Military Hwy.
B-4
McAllen, TX 78503

J&G Poultry & Seafood
2360 Monroe Dr.
Gainesville, GA 30501


June Towery
201 17th St., NW, Ste. 1700
Atlanta, GA 30363


Kelly's Food Atlanta
PO Box 250509
Atlanta, GA 30325


Kim Namil
130 Alvord Court
Suwanee, GA 30024


Koco Trading Co.
6833 E. Acco Street
Los Angeles, CA 90040


Kreative Technology Partners
3850 Holcomb Bridge Rd.
Suite 245
Norcross, GA 30092


KUS Trading LLC
2670 N. Berkeley Lake Rd.
#17
Duluth, GA 30096


L& R Farms Inc.
1236 Wayne Poultry Rd.
Pendergrass, GA 30567


La Fortuna Cash & Carry
4666 Lake Mirror Pl.
Forest Park, GA 30297

La Providencia
PO Box 843789
Dallas, TX 75284-3789


La Tortilleria
2900 Lowery St.
Winston Salem, NC 27101


Lisy Corp
3400 NW 67 Street
Miami, FL 33147


Madge R. Buckle
Zwicker & Associates, P.C.
2470 Satellite Blvd, Ste. 120
Duluth, GA 30096


Marquez Brothers
8207 N. Loop E Ste. 200
Houston, TX 77029


Martini, Hughes & Grossman
900 Linton Blvd.
Suite 201
Delray Beach, FL 33444


Matador Distributing LLC
PO Box 102925
Atlanta, GA 30368


Maya Foods LLC
16 Forest Pkwy Unit 13-16
Forest Park, GA 30297


Mayfield Diary Farms LLC
1971 Delk Industrial Blvd
Marietta, GA 30067

McCarthy, Burgess & Wolff
The MB&W Building
26000 Cannon Rd.
Cleveland, OH 44146


Mercado Hispano
6519 Warren Dr.
Norcross, GA 30093


Mexican Products
2466 Wagon Wheel Trace
Duluth, GA 30096


Mission Foods
PO Box 843789
Dallas, TX 75284


Monica R. Owens, Esq.
Pursley Friese Torgrimson
1230 Peachtreet St, NE #1200
Atlanta, GA 30309


MY-A & Co.
Schuster Dr.
Hyattsville, MD 20781


Nguyen Tran Law Firm, LLC
3100 Five Forks Trickum Road
Suite 301
Lilburn, GA 30047


Nopalina
2094 N. Milwaukee Ave.
2nd Floord
Chicago, IL 60647


Ocho Rios Atlanta, Inc.
1989 Tucker Industrial Rd.
Tucker, GA 30084

Ocwen Loan Servicing I
24 Greenway Plaza #712
Houston, TX 77046


Odwalla, Inc.
PO Box 742456
Los Angeles, CA 90074-2456


Ole Mexian Foods, Inc.
6585 Crescent Dr.
Norcross, GA 30071


Pacheco Distributor
3172 Oakcliff Industrial
Atlanta, GA 30340


Premium Distributors Inc.
PO Box 6274
Marietta, GA 30065


Presley's Fish
575 Crosswinds Dr.
Mount Juliet, TN 37122


Prime Meats
2150 Boggs Rd., Ste 500
Duluth, GA 30096


Produce Exchange of Atlanta
16 Forest Pkwy, Bdlg E
Forest Park, GA 30297


Product  Service, LLC
465 Maltbie St., Ste. 110
Lawrenceville, GA 30046

Producers Dona Betty, Inc.
1068 Raleigh Way
Lawrenceville, GA 30043


Professional Recovery Svs. Inc
P.O. Box 1880
Voorhees, NJ 08043


Pursley Friese Torgrimson, LLP
1230 Peachtree St., NE
Suite 1200
Atlanta, GA 30309


Q-Mark Supply, LLC
3939 Lavista Rd., E-132
Tucker, GA 30084


Quesos Finos Mexicanos LLC
7647 S. Kedzie Ave.
Chicago, IL 60652


Quynh-Nga T. Tran
Nguyen Tran Law Firm, LLC
3100Five Forks Trickum Rd #301
Lilburn, GA 30047


Rand Refrigeration
2481 Merrion Park Court
Dacula, GA 30019


Reddy Ice
1578 East Taylor Ave.
Atlanta, GA 30344


RicAle Distributors
PO Box 2805
Norcross, GA 30091

Roma, Kirshbaum & Schmidt
4600 North State Hwy 6
Suite 101
Houston, TX 77084


RT USA
1000 Northbrook Pkwy
Suite C
Suwanee, GA 30024


Saborex
1892 Forge St.
Tucker, GA 30084


Sanwa Produce Atlanta Market
16 Forest Park Bldg B6
Forest Park, GA 30297


Saul Barrios
1258 Love Bridge Rd.
Calhoun, GA 30701


Seafood Cargo, Inc.
PO Box 2424
Lagrange, GA 30241


Sears/cbna
Po Box 6189
Sioux Falls, SD 57117


Seminole Gaming
c/o Martini Hughes & Grossman
900 Linton Blvd., Ste. 201
Delray Beach, FL 33444


Shalom  GA Distribuidora
2855 Forsyth Park Lane
Suwanee, GA 30024

Sigma Foods Inc.
1265 Oakbrook Dr.
Norcross, GA 30093


South Mill
PO Box 1037 Kennett Square
Kennett Square, PA 19348


Southern Grower Inc.
2838 E. Ponce De Leon Ave.
Decatur, GA 30030


Souto Foods,LLC
3000 Old Alabama Rd.
Ste. 119-154
Alpharetta, GA 30022


State Court of Cobb County
Clerk of Court CAFN: 14-G-2659
12 East Park Square
Marietta, GA 30090


State Court of Cobb County
Clerk, Case No.: 14-G-2659
12 East Park Square
Marietta, GA 30090


State Court of Fulton County
Clerk, Case No.13EV018670E
185 Central Avenue, SW
Atlanta, GA 30303


State Court of Gwinnett County
Clerk, Case No.: 14C00546S4
75 Langley Drive
Lawrenceville, GA 30046-0880

State Court of Gwinnett County
Clerk, Case No.: 14C009405
75 Langley Drive
Lawrenceville, GA 30046-0880


State Court of Gwinnett County
Clerk, Case No.: 14C009383
75 Langley Drive
Lawrenceville, GA 30046-0880


State Court of Gwinnett County
Clerk, Case No.: 14GC-03145-1
75 Langley Drive
Lawrenceville, GA 30046-0880


Stephanie Friese Aron
1230 Peachtree St., NE
Suite 1200
Atlanta, GA 30309


Sunbelt Produce Distributor
16 Forest Pkwy
Bldg. A, Unit 2, Box 12
Forest Park, GA 30297


Sunrise Credit Svs., Inc.
P.O. Box 9100
Farmingdale, NY 11735-9100


SunTrust Bank
701 Duluth Hwy, NW
Lawrenceville, GA 30046


Suntrust Bank Atlanta
Attn Bankruptcy Dept
Po Box 85092  Mc Va-Wmrk-7952
Richmond, VA 23286

Super U Bags Inc.
1986 Tucker Industrial Rd.
Tucker, GA 30084


Superior Court of DeKalb Count
Clerk, Case NO.: 13-CV-12848-5
556 N. McDonough Street
Decatur, GA 30030


Supervalu Transportation Inc
PO Box 430
Anniston, AL 36201


T&D Foods Inc.
1740 Sugarloaf Club Dr.
Duluth, GA 30097


Terminix
PO Box 742592
Cincinnati, OH 45274-2592


TGC Enterprise, Inc.
13285 Amar Rd City of Industry
La Puente, CA 91746


Town and Country Packing Co.
PO Box 88
Thomson, GA 30824


Tropical Ice Cream
5538 East Hampton
Houston, TX 77039


Tropical Roses
PO Box 491563
Lawrenceville, GA 30049

Ui Bum Kook
772 Greenwood Rd.
Hartwell, GA 30643


United  Wholesale Services
2765 Camp Branch Rd.
Buford, GA 30519


Unity Groves Corporation
25399 SW 157 Ave.
Homestead, FL 33031


Us Bank/na Nd
4325 17th Ave S
Fargo, ND 58125


Vivyan Seafood LLC
1596 Old Spring House Lane
Atlanta, GA 30338


Walong Marketing Inc.
3435 Breckinridge Blvd
Duluth, GA 30096


Waste Mngt of Atlanta Hauling
PO Box 105453
Atlanta, GA 30348-5453


Wells Fargo Card Ser
1 Home Campus
3rd Floor
Des Moines, IA 50328


World Omni F
Po Box 91614
Mobile, AL 36691

```
World's Best Tropical LLC
1421 NW 89 Ct.
Doral, FL 33172


Zwicker & Associates, P.C.
2470 Sattellite Blvd.
Suite 120
Duluth, GA 30096
```